IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS, INC.; M.J. TWELVE MUSIC; and RETRIBUTION MUSIC;<br><br>Plaintiffs,<br><br>vs.<br><br>THE WATING ROOM, LLC d/b/a THE WAITING ROOM; MARC LEIBOWITZ; and JAMES JOHNSON;<br><br>Defendants. | CASE NO. 8:14CV311<br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiffs' Motion for Dismissal (Filing No. 35). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed with prejudice. Each party will bear its own costs and attorney fees.

IT IS ORDERED:

1. Plaintiffs' Motion for Dismissal (Filing No. 35) is granted;

2. The above-captioned action is dismissed with prejudice; and

3. Each party will bear its own costs and attorney fees.

Dated this 27th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge